```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```



**FILED**

JUN 2 7 2007



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Larry Sixto AMARO, "Paqui," <br> Gerardo Lopez MORA, "Jerry," <br> Ernest Paul KILLINGER, "Powder," <br> Fernando VILLALPANDO, "Chiclin," <br> Jason Michael STEWART HANSON, "Red," <br> Alvaro Cobian GOMEZ, <br> Bismark Martin OCAMPO, "Nico," <br> Benjamin SANTOS CASTRO, "Reaper" <br> Marco Anthony GOMEZ, Jr., "Silky," <br> Edward FUENTES, <br> Richard MENDOZA, <br> Ernesto Bravo TEJEDA, <br> Leo TORRES, <br> David Perez RAMIREZ, <br> Faustino GONZALES, <br> Oscar Campos PADILLA, <br> Robert FARIAS, "Raptor," <br> Jose Angel VILLASENOR, "Pepito," <br> Thurman Lee MAXWELL, <br> Andrea CADENA, <br> Manuel Samora CADENA, <br> Pedro Anthony RIOS, III, <br> Sophia Corella SANCHEZ, and <br> Valdemar Salazar CAMBUNGA, <br><br> Defendants. | Mag. No. 07-MJ-0207 KJM <br><br> ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT |

1  Upon Application of the United States of America and good
2  cause having been shown,
3  IT IS HEREBY ORDERED that the criminal complaint and
4  Affidavit in support of the criminal complaint in the
5  above-captioned matter be, and is, hereby ordered UNSEALED.

8  DATED: 6/27/07

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE