1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751



FILED
JUL 2 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-07-0248 EJG |
| Plaintiff, | NOTICE OF RELATED CASES AND ORDER REASSIGNING THIS CRIMINAL MATTER |
| v. | |
| MARIO DIAZ, JR. et al., | |
| Defendants. | |

The United States of America, through its undersigned counsel, hereby notices the Court and the Clerk of the Court that the above-captioned case is related to wiretaps authorized by the Honorable William B. Shubb in sealed Case No. 07-SW-0070 WBS.

The matters are related within the meaning of Eastern District of California Local Rule 83-123 and pursuant to the Clerk of the Court's April 3, 1996, Memorandum entitled "Procedures for Handling Wiretaps." In particular, the Indictment in Case No. CR-S-07-0248 EJG charges Mario DIAZ, Jr. and a large number of defendants with a large-scale conspiracy to distribute and possess with intent to distribute marijuana, MDMA, methamphetamine, and cocaine. A large portion of the evidence in Case No. CR-S-07-0248 EJG arises from wiretaps authorized by the Honorable William B. Shubb in sealed Case

1  No. 07-SW-0070 WBS. The two matters are therefore related within
2  the meaning of Local Rule within the meaning of Local Rule 83-
3  123(a)(4) because the nucleus of facts underlying the Indictment in
4  Case No. CR-S-07-0248 EJG arise, in large part, from evidence
5  gathered from wiretaps authorized under Case No. 07-SW-0070 WBS. In
6  addition, the matters are related because there would be a
7  substantial duplication of labor if the actions were heard by
8  different Judges. Further, the discovery to be produced in the
9  indicted case will require unsealing and protective discovery orders
10 to be issued by Judge Shubb in Case No. 07-SW-0070 WBS.

11     For these reasons, the United States respectfully requests that
12 this Honorable Court (1) relate the criminal Indictment in Case No.
13 CR-S-07-248 EJG to the wiretaps in sealed Case No. 07-SW-0070 WBS
14 and (2) pursuant to Local Rule 83-123(c) and the Clerk of the
15 Court's April 3, 1996, Memorandum entitled "Procedures for Handling
16 Wiretaps," order the Clerk's Office to reassign the Indictment in
17 Case No. CR-S-07-0248 EJG to the Honorable William B. Shubb.

                              Respectfully submitted,
                              McGREGOR W. SCOTT
                              United States Attorney

Dated: July 18, 2007     By: /s/ Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the plaintiff United States of America, the Court finds that Criminal Case No. CR-S-07-0248 EJG is related to the wiretaps in sealed Case No. 07-SW-0070 WBS within the meaning of Local Rule 83-123(a)(4) and the Clerk of the Court's April 3, 1996, Memorandum entitled "Procedures for Handling Wiretaps."

Based upon this finding, **IT IS HEREBY ORDERED** that:

(1) The Clerk of the Court shall REASSIGN Case No. 07-0248 EJG to the Honorable William B. Shubb;

(2) The status conference in Case No. 07-0248 EJG presently set for August 3, 2007, at 10:00 a.m. is VACATED.

IT IS SO ORDERED.

DATED: 7/23/07

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE