Eugene J. Martinez
Attorney at Law
146 Central Avenue
Salinas, California 93901
(831) 754-1234
CA State Bar No. 81209

Attorney for defendant, Faustino Gonzales

# UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>                           Plaintiff,  )<br>                                                    )<br>          vs.                                   )<br>                                                    )<br>MARIO DIAZ, et al,                   )<br>                                                    )<br>                           Defendants.  )<br>_____) | Case No.: CR 07-00248 WBS<br>[Magistrate Case No.: 07-mj-00207-KJM]<br><br><br>**ORDER** |

   IT IS HEREBY ORDERED, that the terms and conditions of defendant Faustino Gonzales' Pretrial Release be modified as follows :

   1. The condition that the defendant obey a curfew is hereby deleted.


Dated: 01/30/08                           /s/ Gregory G. Hollows
                                                   Magistrate of the District Court

Diaz.ord