**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JASON STEWART-HANSON**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. S-07-248 WBS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION CONTINUING STATUS CONFERENCE AND ~~PROPOSED~~ ORDER** |
| MARIO DIAZ, et al. | ) | |
| Defendant, | ) | (Continuance to 1/12/09) |

**IT IS HEREBY STIPULATED** between counsel for the government and all defendants, that the status conference in the above captioned matter be continued from December 15, 2008 to **January 12, 2009 at 10:30 a.m**. This continuance is necessitated by order of the Court   It is further stipulated that the time between December 15, 2008 and January 12, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii) (Local Code T-2) and 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated: December 5, 2008                                Dated: December 5, 2008

/ s/ Jason Hitt                                              / s / Steven D. Bauer
JASON HITT                                              STEVEN D. BAUER
Assistant United States Attorney               Attorney for Defendant Stewart Hanson

Dated: December 5, 2008                                Dated: December 5, 2008

/ s / John Balasz                                          / s/ Michael Bigelow
JOHN BALAZ                                            MICHAEL BIGELOW
Attorney for Defendant Fuentes              Attorney for Defendant Killinger
(Additional Signatures on Following Page)

1  Dated:  December 5, 2008                              Dated: December 5, 2008

2  / s / Timothy Warriner                                 / s / Kresta Daly
   TIMOTHY WARRINER                                       KRESTA DALY
3  Attorney for Defendant Maxwell                         Attorney for Defendant M. Gomez

4   Dated: December 5, 2008                                Dated:  December 5, 2008

5   / s / John Manning                            / s / Candace Fry
    JOHN R. MANNING                                        CANDACE FRY
6   Attorney for Defendant Sanchez                          Attorney for Defendant Cambunga

7  Dated:  December 5, 2008                              Dated:  December 5, 2008

8  / s / Hayes Gable                                      / s / James R. Greiner
   HAYES H. GAB;E                                         JAMES R. GREINER
9  Attorney for Defendant Mora                            Attorney for Defendant A. Cadena

10 Dated:  December 5, 2008                              Dated: December 5, 2008

11 / s / Robert M. Holley                                 / s / Jan Karowsky
   ROBERT M. HOLLEY                                       JAN D. KAROWSKY
12 Attorney for Defendant Ramirez                         Attorney for Defendant Mendoza

13 Dated:  December 5, 2008                              Dated: December 5, 2008

14 / s / Pete Kmeto                                       / s / Eugene Martinez
   PETE KMETO                                             EUGENE MARTINEZ
15 Attorney for Defendant Amaro                           Attorney for Defendant Gonzales

16 Dated:  December 5, 2008                              Dated: December 5, 2008

17 / s / Paul Meltzer                                     / s / David Arredondo
   PAUL MELTZER                                           DAVID ARREDONDO
18 Attorney for Defendant Padilla                         Attorney for Defendant Villapando

19 Dated:  December 5, 2008                              Dated: December 5, 2008

20 / s / Thomas Johnson                                   / s / Dwight Samuel
   THOMAS JOHNSON                                         DWIGHT SAMUEL
21 Attorney for Defendant G. Gomez                        Attorney for Defendant Campo

22 Dated:  December 5, 2008                              Dated:  December 5, 2008

23 / s / Dina Santos                                      / s / Jeffrey Staniels
   DINA SANTOS                                            JEFFREY STANIELS
24 Attorney for Defendant Villasenor                      Attorney for Defendant Guana

25 Dated:  December 5, 2008                              Dated:  December 5, 2008

26 / s / Lindsay Weston                                   / s / Joseph Wiseman
   LINDSAY WESTON                                         JOSEPH WISEMAN
27 Attorney for Defendant Castro                          Attorney for Defendant Caracheo

28 (Additional Signatures and Order on Following Page)

1  Dated: December 5, 2008

2  / s / Christopher Haydn-Myer
   CHRISTOPHER HAYDN-MYER
3  Attorney for Defendant Diaz

4                    PROPOSED ORDER

5  For Good Cause Appearing
   **IT IS SO ORDERED**
6  Dated: December 9, 2008

7  _____
   WILLIAM B. SHUBB
8  UNITED STATES DISTRICT JUDGE