**FILED**

MAY 22 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CASE NO. Cr.S-07-248-WBS-DAD |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| OSCAR CAMPOS-PADILLA | |
| Defendant. | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Oscar Campos-Padilla is allowed to travel to Santa Maria, CA on Friday, May 22nd, 2009 at 9 A.M. and returning Sunday, May 24th, 2009 arriving at his home no later than 11 P.M. Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Laura Weigel.

SO ORDERED.

Dated: May 22, 2009

*/s/ Gregory G. Hollows*
**GREGORY G. HOLLOWS**

Gregory Hollows, Magistrate Judge
United States District Court
Eastern District of California