JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
EDWARD FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-S 07-248-WBS-DAD |
| ) | |
| Plaintiff,  ) | STIPULATION AND ORDER |
| ) | |
| v.  ) | |
| ) | |
| EDWARD FUENTES, et. al.,  ) | Date:  July 19, 2010 |
| ) | Time:  10:00 a.m. |
| ) | Hon. William B. Shubb |
| Defendants.  ) | |
| _____  ) | |

Defendant Edward Fuentes, through his counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the briefing schedule for defendants' wiretap motions and the government's response by one week so that the new schedule will be as follows:

Defendants' wiretap motion due:   May 7, 2010

Government's response due:   June 4, 2010

The defendants' reply brief will remain due as scheduled on June 25, 2010, and the hearing on the motion will remain as scheduled on July 19, 2010. All other dates shall remain the same.

The reason for the request is that the defense is reviewing additional pen register

discovery and needs an additional week to prepare and file its wiretap motion. Time has previously been excluded and will remain excluded through the July 19, 2010 hearing date on this motion for complexity and defense preparation under local codes T2 and T4.

Dated: April 21, 2010

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
EDWARD FUENTES

BENJAMIN WAGNER
U.S. Attorney

Dated: April 21, 2010

By: /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: April 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2