JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
EDWARD FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-248-WBS |
| Plaintiff, ) | |
| v. ) | DEFENDANT'S APPLICATION AND ORDER TO SEAL DEFENDANTS' JOINT EXHIBITS IN SUPPORT OF THEIR MOTION TO DISMISS AND TO SUPPRESS WIRETAP INTERCEPTS |
| MARIO DIAZ, et. al., ) | |
| ) | Hearing: |
| ) | Date: July 19, 2010 |
| ) | Time: 10:30 a.m. |
| Defendants. ) | Hon. William B. Shubb |
| _____ ) | |

Defendant Edward Fuentes, through counsel John Balazs, hereby applies for an order to seal the Defendants' Joint Exhibits in support of their motion to dismiss and their motion to suppress wiretap intercepts, which were filed today. This application is made because the exhibits sought to be sealed contain the names and identifying information of one or more government confidential informants. A hard copy of defendants exhibits will be provided to government counsel.

///

///

A table of contents for defendants' joint set of exhibits has been provided as an attachment to this application.

Dated:  May 7, 2010

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
EDWARD FUENTES

<u>ORDER</u>

For the reasons stated in the application set forth above, the Court hereby orders defendants' joint exhibits in support of their motion to dismiss and motion to suppress wiretap intercepts is hereby ordered sealed until further order of the Court.

Dated: May 11, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE