JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
EDWARD FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-248-WBS |
| Plaintiff, ) | |
| ) | DEFENDANT'S REQUEST TO SEAL |
| v. ) | DEFENDANTS' JOINT EXHIBITS Q-V |
| ) | AND ORDER |
| MARIO DIAZ, et. al., ) | |
| ) | Hearing: |
| ) | Date: July 19, 2010 |
| ) | Time: 10:00 a.m. |
| ) | Hon. William B. Shubb |
| Defendants. ) | |

Pursuant to Local Rule 141, defendant Edward Fuentes, through counsel, hereby requests that the Court seal Exhibits Q-V to the joint defendants' reply briefs to their motions to dismiss and to suppress wiretap intercepts, which were filed on July 2, 2010. The documents sought to be sealed are 29 pages of declarations, reports, and transcripts. This Request to Seal The Documents And Order and the documents themselves have been submitted to the parties by email pursuant to Local rule 141(b) on July 2, 2010.

This request to seal is made because the exhibits sought to be sealed contain the

///

///

1  names and identifying information of one or more government confidential informants.

2  Dated: July 2, 2010

3  Respectfully submitted,

5  /s/ John Balazs
   JOHN BALAZS

6  Attorneys for Defendant
   EDWARD FUENTES

ORDER

For the reasons stated in the application set forth above, the Court hereby orders defendants' joint exhibits Q-V in support of their reply briefs regarding their motion to dismiss and motion to suppress wiretap intercepts is hereby ordered sealed until further order of the Court.

Dated: July 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE