JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
EDWARD FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>EDWARD FUENTES, et. al.,　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendants.　　　)<br>_____) | No. CR-S 07-248-WBS-DAD<br><br>STIPULATION AND ORDER<br><br><br><br>Hon. William B. Shubb |

　　　　Defendant Edward Fuentes, through his counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the due date for defendants' reply brief, if any, to the government's response on minimization from August 9 to August 18, 2010.   The Court indicated that it would take the motion under submission after briefing and no further hearing has been set. This request is made because counsel for Fuentes is scheduled to begin a jury trial in U.S. v. Ermoian, No. 08-224-OWW in Fresno on August 4, 2010.  The trial is expected to last through approximately August 13, 2010.

　　　　Time has previously been excluded and will remain excluded through the September 21, 2010 trial date on this motion for complexity and defense preparation under local codes

T2 and T4.

Dated:  August 2, 2010

                Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
EDWARD FUENTES

BENJAMIN WAGNER
U.S. Attorney

Dated:  August 2, 2010

By:  /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated:  August 3, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE