DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>BISMARK MARTIN OCAMPO,<br><br>                Defendant, | No. CR-S-07-248 WBS<br><br>DEFENDANT'S APPLICATION AND ORDER TO SEAL DEFENDANTS' EXHIBIT IN SUPPORT OF COUNSEL'S MOTION TO BE RELIEVED AS ATTORNEY OF RECORD<br><br><u>Hearing:</u><br>Date: August 2, 2010<br>Time: 8:30 AM<br>Hon. William B. Shubb |

DWIGHT M. SAMUEL, attorney of record for BISMARCK MARTIN OCAMPO, defendant herein, hereby applies for an order to seal DWIGHT M. SAMUEL's Exhibits A and B in support of his motion to be relieved as attorney of record. This application is made because the exhibit sought to be sealed contains confidential and identifying information and would be in violation of the attorney's obligation of confidentiality. A hard copy of the defendant's exhibit will be provided to government counsel.

Respectfully submitted,

Dated: July 23, 2010

                                                /s/ Dwight M. Samuel
                                                DWIGHT M. SAMUEL
                                                Attorney for Defendant, Bismark Ocampo

ORDER

For the reasons stated in the application set forth above, the Court hereby orders defendant's Exhibits A and B in support of their motion to be relieved as attorney of record is hereby ordered sealed until further order of the Court.

Date:   August 3, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE