JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
EDWARD FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-248-WBS-DAD |
| Plaintiff, ) ) | STIPULATION AND ORDER |
| v. ) | |
| EDWARD FUENTES, et. al., ) ) | Date:  November 15, 2010 |
| ) ) | Time:  10:00 a.m. Hon. William B. Shubb |
| Defendants. ) _____ ) | |

Defendant Edward Fuentes, through his counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court set a status conference on November 15, 2010, at 10:00 a.m., to discuss scheduling issues for all defendants that are not set for trial on September 20, 2010.  This includes defendants Fernando Villalpando, Alvaro Cobian Gomez, Bismark Martin Ocampo, Benjamin Santos Castro, Marco Anthony Gomez, Edward Fuentes, David Perez Ramirez, Faustino Gonzales, Oscar Campos Padilla, Thurman Lee Maxwell, Andrea Cadena, Sophia Corrella Sanchez, Valdemar Salazar Cambunga, and Gabriel Caracheo.  Counsel for Mr. Fuentes has advised all defense counsel for all of the above-named defendants of the proposed November 15, 2010 status conference date.

Time has previously been excluded and will remain excluded through the November 15, 2010 status conference for complexity and defense preparation under local codes T2 and T4.  Time is also currently being excluded for the pendency of defendants' wiretap motion under local code E.

Dated:  August 27, 2010

                                Respectfully submitted,

                                /s/ John Balazs
                                JOHN BALAZS

                                Attorney for Defendant
                                EDWARD FUENTES

                                BENJAMIN WAGNER
                                U.S. Attorney

Dated:  August 27, 2010

                          By:  /s/ Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated:  August 27, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE