BENJAMIN B. WAGNER
United States Attorney
JASON HITT
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-0248 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | SETTING STATUS CONFERENCE FOR |
| v. | ) | DEFENDANTS MARCO ANTHONY GOMEZ, |
| | ) | FERNANDO VILLALPANDO, EDWARD |
| MARIO DIAZ, et al., | ) | FUENTES, DAVID RAMIREZ, and |
| | ) | FAUSTINO GONZALEZ and HEARING |
| Defendants. | ) | REGARDING STATUS OF COUNSEL FOR |
| | ) | DEFENDANT BENJAMIN SANTOS CASTRO |
| | ) | |
| _____ | ) | |

Plaintiff, United States of America, by its counsel, Assistant

United States Attorneys Jason Hitt and William S. Wong, and

defendants Marco Anthony GOMEZ, by and through his counsel, Michael

Long, Esq., defendant Fernando VILLALPANDO, by and through his

counsel, David Arredondo, Esq., defendant Edward FUENTES, by and

through his counsel, John Balazs, Esq., defendant David RAMIREZ, by

and through his counsel Robert Holley, Esq., and defendant Faustino

GONZALEZ, by and through his counsel, Evans Prieston, Esq.,

stipulate and agree that a status conference should be set for <u>March</u>

<u>7, 2011, at 8:30 a.m.</u> for the following defendants only:

/ / /

1

1                  Marco Anthony GOMEZ,

2                  Fernando VILLALPANDO,

3                  Edward FUENTES,

4                  David RAMIREZ,

5                  Faustino GONZALEZ, and

6                  Benjamin SANTOS CASTRO.

The status conference is needed because on February 22, 2011, the Court relieved counsel for defendant Benjamin SANTOS CASTRO from further representation in this matter.  As a result, the United States has proposed moving defendant Faustino GONZALEZ into the trial group currently set for April 26, 2011.  The April 26, 2011 trial group currently includes defendants Marco Anthony GOMEZ, Fernando VILLALPANDO, Edward FUENTES, and David RAMIREZ.  The Court will inquire whether counsel for defendant Faustino GONZALEZ is prepared to proceed to trial on April 26, 2011.

In addition, the Court will hold a hearing to inquire into the status of counsel for defendant Benjamin SANTOS CASTRO in order to insure that a new lawyer has been appointed to represent him.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

No other defendants or their counsel in this case are required or requested to appear on March 7, 2011.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  February 24, 2011        By:  /s/Jason Hitt
                                      JASON HITT
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorneys

DATED:  February 24, 2011        By:  /s/Jason Hitt
                                      Authorized to sign for Mr.
                                      Long on 02-22-11
                                      MICHAEL LONG, Esq.
                                      Attorney for Marco GOMEZ

DATED:  February 24, 2011        By:  /s/Jason Hitt
                                      Authorized to sign for Mr.
                                      Arredondo on 02-24-11
                                      DAVID ARREDONDO, Esq.
                                      Attorney for Fernando
                                      VILLALPANDO

DATED:  February 24, 2011        By:  /s/Jason Hitt
                                      Authorized to sign for Mr.
                                      Balazs on 02-24-11
                                      JOHN BALAZS, Esq.
                                      Attorney for Edward FUENTES

DATED:  February 24, 2011        By:  /s/Jason Hitt
                                      Authorized to sign for Mr.
                                      Holley on 02-24-11
                                      ROBERT HOLLEY, Esq.
                                      Attorney for David RAMIREZ

DATED:  February 24, 2011        By:  /s/Jason Hitt
                                      Authorized to sign for Mr.
                                      Prieston on 02-22-11
                                      EVANS PRIESTON, Esq.
                                      Attorney for Faustino
                                      GONZALEZ

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.   A status conference in this matter is set for defendants Marco Anthony GOMEZ, Fernando VILLALPANDO, Edward FUENTES, David RAMIREZ, and Faustino GONZALEZ is set for March 7, 2011, at 8:30 a.m.; and

2.   A hearing regarding the status of counsel for defendant Benjamin SANTOS CASTRO is set for the same date and time.

**IT IS SO ORDERED.**

DATED: February 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE