```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

                             ----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,              CR. NO. 2:07-0248 WBS

vs.

MARIO DIAZ, et al.,

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,              CR. NO. 2:11-0119 LKK

vs.

ROBERT HANRAHAN, aka "Bubba,"
JUAN GALLEGOS, aka "Wino,"
CAROLYN HUERTA, JORGE SANDOVAL,
aka "G," DANNY PEREDA, aka
"T-Mighty," and REBECCA GUZMAN,
aka "LG,",

        Defendants.
_____/
                             ----oo0oo----
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because both cases involve the same wiretaps, which the

1  undersigned authorized.  Accordingly, the assignment of the
2  matters to the same judge is likely to effect a substantial
3  saving of judicial effort and is also likely to be convenient
4  for the parties.
5          The parties should be aware that relating the cases
6  under Local Rule 123 merely has the result that both actions are
7  assigned to the same judge; no consolidation of the actions is
8  effected.  Under the regular practice of this court, related
9  cases are generally assigned to the judge and magistrate to whom
10 the first filed action was assigned.
11         IT IS THEREFORE ORDERED that the actions denominated
12 <u>United States v. Diaz, et al.</u>, Cr. No. 2:07-0248 WBS and
13 and <u>United States v. Hanrahan, et al.</u>, Cr. No. 2:11-0119 LKK,
14 and the same hereby are, deemed related and the case denominated
15 <u>United States v. Hanrahan, et al.</u>, Cr. No. 2:11-0119 LKK, shall
16 be reassigned to the Honorable WILLIAM B. SHUBB for all further
17 proceedings.  Any dates currently set in the reassigned case
18 <u>only</u> are hereby VACATED.  Henceforth, the caption on documents
19 filed in the reassigned case shall be shown as <u>United States v.
20 Hanrahan, et al.</u>, Cr. No. 2:11-0119 WBS.
21         IT IS FURTHER ORDERED that the Clerk of the Court
22 make appropriated adjustment in the assignment of civil cases to
23 compensate for this reassignment.
24 DATED:  March 25, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2