1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  EDWARD FUENTES

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,      )   No. CR-S 07-248-WBS-DAD
                                    )
13 |         Plaintiff,              )
                                    )   STIPULATION AND ORDER TO
14 |    v.                           )   CONTINUE SENTENCING
                                    )
15 | EDWARD FUENTES,                 )
                                    )
16 |         Defendant.              )   Date: October 11, 2011
                                    )   Time: 8:30 a.m.
17 | _____ )   Hon. William B. Shubb

18

19    Defendant Edward Fuentes, through his counsel John Balazs, and the United States,

20 through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that

21 the Court continue the sentencing date for defendant Edward Fuentes from August 15,

22 2011 to October 11, 2011, at 8:30 a.m. to permit the parties to consult further and prepare

23 sentencing responses and memoranda.

24 ///

25 ///

26 ///

27

28

The probation officer Casey Horner concurs with this request.

Dated: August 2, 2011

                                  Respectfully submitted,

                                  /s/ John Balazs
                                  JOHN BALAZS

                                  Attorney for Defendant
                                  EDWARD FUENTES


                                  BENJAMIN WAGNER
                                  U.S. Attorney

Dated: August 2, 2011

                        By:   /s/ Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney


## **ORDER**

IT IS SO ORDERED.

Dated: August 2, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE