John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
EDWARD FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD FUENTES,<br><br>    Defendant. | No. 2:07-CR-0248-11 WBS<br><br>~~PROPOSED~~ ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)<br><br>Hon. William B. Shubb |

Defendant Edward Fuentes, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to reduce sentence under 18 U.S.C. § 3582(c)(2) and Guideline Amendment 782. Mr. Balazs had previously represented Mr. Fuentes in the district court and on appeal under the Criminal Justice Act.

The Office of the Federal Defender consents to this appointment.

Respectfully submitted,


/s/ John Balazs
John Balazs
Attorney seeking appointment for
Defendant Edward Fuentes

**ORDER**

**IT IS SO ORDERED.**

Dated: December 9, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE