UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EDWARD FUENTES,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CR. NO. 2:07-0248-11 WBS<br><br>ORDER |

----oo0oo----

On March 14, 2017, defendant Edward Fuentes filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 1509.) The United States shall file an opposition to petitioner's motion no later than April 11, 2017. Petitioner may then file a reply no later than May 2, 2017. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: March 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1