1

John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
EDWARD FUENTES

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CR-0248-WBS |
| Plaintiff, | ***AMENDED* STIPULATION AND ORDER TO CONTINUE REPLY BRIEF RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| EDWARD FUENTES, | |
| Defendant. | Hon. William B. Shubb |

12

13

14

15

16

17

18      Defendant EDWARD FUENTES, through his attorney, John Balazs, and plaintiff,

19   UNITED STATES OF AMERICA, through its counsel, Assistant U.S. Attorney JASON HITT,

20   hereby stipulate to extend the due date for defendant's reply brief to the government's opposition

21   to his § 3582(c)(2) motion to reduce sentence from May 2, 2017 to June 2, 2017.

22      This request is made because counsel has requested additional documents from the

23   defendant in prison and needs additional time to review the documents and prepare the reply

24   brief.

25      ///

26      ///

27

28

1

Further, counsel is on vacation from May 6-29, 2017.

Dated: May 3, 2017                          Dated:  May 3, 2017


BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*                                 /s/*John Balazs*
JASON HITT                                     JOHN BALAZS
Assistant U.S. Attorney


Attorney for Plaintiff                          Attorney for Defendant
UNITED STATES OF AMERICA              EDWARD FUENTES




**ORDER**

        IT IS SO ORDERED.

Dated:  May 4, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE