John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
EDWARD FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDWARD FUENTES,<br><br>　　　　Defendant. | No. 2:07-CR-0248-11 WBS<br><br>**ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. §§ 3582(c)(2) & (c)(1)(A)(i)**<br><br>Hon. William B. Shubb |

Defendant Edward Fuentes, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to reduce sentence under 18 U.S.C. §§ 3582(c)(2) and (c)(1)(A)(i). *See* Motion to Reduce Sentence, docket 1637. Mr. Balazs had previously represented Mr. Fuentes in the district court and on appeal under the Criminal Justice Act. Counsel also filed a prior § 3582(c)(2) motion on behalf of Mr. Fuentes as appointed counsel. The Office of the Federal Defender supports this appointment.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 6, 2020

　　　　　　　　　　　　　　　/s/ John Balazs
　　　　　　　　　　　　　　　John Balazs
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　Edward Fuentes

# ORDER

**IT IS SO ORDERED.**

Dated: April 6, 2020

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE